IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANDY LEE ELLIS, (TDCJ-CID #02013990) | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION H-18-0909 |
| BRAD LIVINGSTON, et al., | § § § | |
| Defendants. | § | |

## MEMORANDUM ON TRANSFER

The plaintiff, Randy Lee Ellis, an inmate of the Texas Department of Criminal Justice - Correctional Institutions Division ("TDCJ-CID"), has filed a complaint under 42 U.S.C. § 1983. In this case, Ellis sued twenty-four prison officials. Ellis presented various claims relating to the conditions of his confinement at the Denton County Jail, Gurney Unit, Terrell Unit, Jester III Unit, and Ferguson Unit. He complained of the denial of adequate medical care, discrimination based on his disability, and denial of an adequate grievance process.

On April 29, 2018, this Court struck Ellis's original complaint, (Docket Entry No. 1), because it did not comport with the Federal Rules of Civil Procedure. (Docket Entry No. 7). This Court ordered Ellis to file an amended complaint by May 21, 2018, using the attached forms. On May 24, 2018, this Court dismissed this action without prejudice for want of prosecution. (Docket Entry No. 9). On June 12, 2018, this Court granted Ellis's motion for relief from judgment, construed as a motion to reinstate. (Docket Entry No. 12).

In his Amended Complaint, Ellis complains of events at the Denton County Jail, which is located in Denton County, Texas. (Docket Entry No. 8). Ellis brings this action against Texas jail officials who reside in Denton County, Texas.

In the interest of justice and for the convenience of the parties and witnesses, this case is TRANSFERRED to the United States District Court for the Eastern District of Texas, Sherman Division. 28 U.S.C. §§ 1391, 1404(a).

SIGNED at Houston, Texas, on OCT 2 4 2018.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE