# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RANDY LEE ELLIS | § |
| | § Civil Action No. 4:18-CV-762 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| DENTON COUNTY JAIL, ET AL. | § |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 7, 2020, the report of the Magistrate Judge (Dkt. #68) was entered containing proposed findings of fact and recommendations that Defendants Denton County Jail and John Kissinger's Motion to Dismiss (Dkt. #64) be granted and Plaintiff Randy Lee Ellis's Amended Complaint be dismissed without prejudice, unless Plaintiff provided the required documentation within fourteen days showing he exhausted his administrative remedies.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants Denton County Jail and John Kissinger's Motion to Dismiss (Dkt. #64) is **GRANTED**, and Plaintiff Randy Lee Ellis's claims are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 11th day of September, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE